# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 02-2436

_____

Melvin Mayweather,

         Appellee,

v.

Lethell Davis, CO-1, Correctional
Security Officer, Benton Unit
(originally sued as L. Davis),

         Appellant.

*
*
*
*
*  Appeal from the United States
*  District Court for the Eastern
*  District of Arkansas.
*
*  **[UNPUBLISHED]**
*
*
*

_____

Submitted:  February 19, 2003
Filed:  February 24, 2003

_____

Before BYE, FAGG, and RILEY, Circuit Judges.

_____

PER CURIAM.

Arkansas Department of Correction officer Lethell Davis appeals an adverse jury verdict in a 42 U.S.C. § 1983 action brought against him, as well as the district court's[1] denial of his motion for judgment as a matter of law or for remittitur of the damages award. Upon de novo review, see Kinserlow v. CMI Corp., 217 F.3d 1021, 1025 (8th Cir. 2000), we conclude the district court did not err in denying Davis

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

judgment as a matter of law.  We also conclude the court did not abuse its discretion in denying Davis remittitur, as the award was not conscience-shocking or unjust.  <u>See</u> <u>Duty v. Norton-Alcoa Proppants</u>, 293 F.3d 481, 496 (8th Cir. 2002).

Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.